United States District Court
Southern District of Texas

**ENTERED**

March 18, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| FERMIN LOPEZ MONCEBAIS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil No. 5:26-cv-00268 |
| | § | |
| PAMELA BONDI, | § | |
| KRISTI NOEM, | § | |
| TODD M LYONS, | § | |
| MIGUEL VERGARA, | § | |
| and WARDEN RIO GRANDE | § | |
| PROCESSING CENTER, | § | |
| *Defendants.* | § | |

## <u>ORDER</u>

Before the Court is Petitioner's Motion for Leave to File a Late Proof of Service via Certified Mail to Respondents.  Dkt. No. 8.  Petitioner was ordered to file proof of service to Respondents by March 2, 2026.  Dkt. No. 4.  On March 13, 2026, Petitioner filed the instant motion for leave to file proof of service after the deadline has passed.  Dkt. No. 8. Petitioner's counsel is correct that the Court may extend a deadline after it has passed if the party failed to act due to excusable neglect.  Fed. R. Civ. P. 6(b)(1)(B).  Accordingly, Petitioner's Motion for Leave to File a Late Proof of Service via Certified Mail to Respondents, Dkt. No. 8, is **GRANTED**.  The Clerk of Court is **DIRECTED** to file Dkt. No. 8-1 as Return of Service.

IT IS SO ORDERED

Signed this March 18, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge